NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JONATHAN HELMS,                                    )
                                                   )
         Appellant,                       )
                                                   )
v.                                                 )      Case No. 2D18-4313
                                                   )
STATE OF FLORIDA,                                  )
                                                   )
         Appellee.                        )
_____)

Opinion filed October 11, 2019.

Appeal from the Circuit Court for Polk
County; J. Kevin Abdoney, Judge.

Howard L. Dimmig, II, Public Defender, and
Clark E. Green, Assistant Public Defender,
Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.

PER CURIAM.

        Affirmed.

KELLY, SALARIO, and ATKINSON, JJ., Concur.